No. 83–278. BOBO *v.* DUCHARME, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–397. OUIMET CORP. ET AL. *v.* PENSION BENEFIT GUARANTY CORPORATION ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–398. MITSUI & CO., LTD., ET AL. *v.* INDUSTRIAL INVESTMENT DEVELOPMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–408. CANADIAN HIDROGAS RESOURCES, LTD., ET AL. *v.* MGPC, INC. Temp. Emerg. Ct. App. Certiorari denied.

No. 83–410. ROTH *v.* PRITIKIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–416. BYRUM ET AL. *v.* LOWE & GORDON, LTD.; and BYRUM ET AL. *v.* PATTERSON, TRUSTEE, ET AL. Sup. Ct. Va. Certiorari denied.

No. 83–426. SANCHEZ ET AL. *v.* MCFADDEN, ADMINISTRIX OF THE ESTATE OF MCFADDEN. C. A. 2d Cir. Certiorari denied.

No. 83–437. INFANT DOE *v.* BLOOMINGTON HOSPITAL ET AL. Ct. App. Ind. Certiorari denied.

No. 83–439. SILLER ET AL. *v.* HARTZ MOUNTAIN ASSOCIATES ET AL. Sup. Ct. N. J. Certiorari denied.

No. 83–440. SCOTT *v.* SYLVESTER. Sup. Ct. Va. Certiorari denied.

No. 83–448. MACDONALD ET AL. *v.* FERGUSON REORGANIZED SCHOOL DISTRICT R–2 ET AL. C. A. 8th Cir. Certiorari denied.

No. 83–457. HYDE *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 83–462. STURM, RUGER & CO., INC. *v.* ZAHRTE. C. A. 9th Cir. Certiorari denied.